UNITED STATES DISTRICT COURT

FOR THE

WESTERN DISTRICT OF KENTUCKY

CIVIL DIVISION

Case No. 1:17-cv-00072-GNS

| | |
|---|---|
| TRAVIS MANNING, TRACIE MANNING, and )<br>S. M., A minor, (by and through)<br>FRANCIS MANNING and DALE MANNING as )<br>his next friends and FRANCIS MANNING and )<br>DALE MANNING, )<br> )<br> ) Jury Trial: ___X___ Yes _____No<br>*Plaintiffs*, ) )<br>v. )<br> )<br> )<br>SIMPSON COUNTY SHERIFF'S )<br>DEPARTMENT, JERE DEE HOPSON, SHERIFF, )<br>CORY JONES, DETECTIVE SIMPSON COUNTY)<br> SHERIFF'S OFFICE, LISA FISHER and )<br>C. F., a minor, by and through LISA )<br> FISHER, as next friend. )<br> )<br>*Defendants*. ) | |

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
AND HARASSMENT**

Come the Plaintiffs, of and by counsel, and for their COMPLAINT FOR VIOLATION

OF CIVIL RIGHTS AND HARASSMENT state as follows:

1. The Plaintiffs are members of the same immediate family who reside in Auburn,

    Logan County, Kentucky. However, the actions described herein occurred at their

    former home in Simpson County, Kentucky. They had to move to escape constant

    harassment as complained of herein.

2. The Defendants are all located in or near Franklin, Simpson County, Kentucky.

1

3. This case is brought under 42 U.S.C. Section 1983 for deprivation of rights, privileges, or immunities secured by the Constitution and Federal law, for acts of the Simpson County Sheriff, Jere Dee Hopson, and his office through the actions of his employee, Cory Jones, Detective, under the theory of respondeat superior and through negligent employment and training on the part of the said sheriff and his department.

4. Lisa Fisher and her minor daughter, C. F., are named herein as defendants as they have acted in concert, and as agents of the said sheriff's department and Detective Jones by filing frivolous complaints, emergency domestic orders of protection through the Simpson County Courts, and engaging in a pattern of behavior similar to the said Sheriff's Department by harassing and following the Plaintiffs herein.

5. On April 19, 2016, Detective Cory Jones arrived at the Plaintiff's residence, purporting to serve an arrest warrant or unspecified papers on Travis Manning. He first approached Francis Manning, mother of Travis Manning, asking for Travis Manning. She directed him to the house, where Travis Manning lived, and asked him not to come in as she had two minor children she was afraid would be upset. She entered the house and woke Travis Manning and told him he needed to come outside and speak to the officer. He began to get dressed, and went into a bedroom where he had left his shoes. Nine-year-old S. M. was in the room asleep in the bed.

6. Suddenly, and without warning, Officer Jones ran into the house, slamming the glass door back. He entered the bedroom where Travis Manning was getting dressed, and threw him across the bed causing Travis Manning to land on top of his little brother. As Travis Manning stood up to get off of the child, Officer Jones pushed him to the hardwood floor. Francis Manning screamed as a result of the commotion, and out of

concern for her children. Tracie Manning then responded coming into the room, and Officer Jones let go of Travis Manning and slammed Tracie Manning (17 years old at the time) into the closet door. Officer Jones then turned to Travis Manning, putting him down on the floor and handcuffed him.

7. As Officer Jones placed the handcuffs on Travis Manning, he used unnecessary force, and cut or injured his own hand. Travis Manning was later charged with assaulting the officer.

8. Francis Manning asked Officer Jones to show her the papers he represented he was serving, and he refused to show her any papers.

9. As a result of the assault upon her by Officer Jones, Tracie Manning received injuries to her wrist and chest contusions. She was treated at the local ER.

10. Travis Manning was also seriously injured and was not able to seek medical treatment for a few days as he was incarcerated, and jail employees refused to get him to the ER. He suffered injuries to his wrist and back and eye. His wrist injuries continue to cause him problems.

11. The child, S. M., suffered mental trauma as a result of the altercation caused by Officer Jones.

12. Officer Manning further caused physical damage to the interior of the Manning home, consisting of a broken dresser, a broken bed, a door broken off the hinges, and further ransacked the premises.

13. Subsequently, Officer Jones and Lisa Fisher and her daughter, C.F., have acted on repeated occasions to bring exaggerated charges against Travis Manning for contacting C. F., when it was C. F. who was harassing him and his family. They have

acted on multiple occasions to follow the above Manning family members about in their vehicles, and engaged in harassment. Officer Jones has pulled Dale Manning over without cause, impounded his van, and searched his vehicle. The above actions have occurred over the period of the past year or two to the extent that the Manning family moved out of Simpson County to avoid being constantly followed and harassed. Even after moving, when family members have entered the county, they continued to be followed in an harassing manner. To the best of the Plaintiff's knowledge and belief, they are convinced that all three defendants have participated in this behavior, such that they have a reasonable belief that Lisa and C. F. are acting as agents for the Simpson County Sheriff's department, in engaging in this behavior.

14. The Plaintiffs have a reasonable belief that they have been the victims of excessive and unreasonable force and conscience-shocking behavior by Officer Jones, acting by and through the Simpson County Sheriff's Department and under color of law in which he has violated their civil rights under the 4th and 14th Amendments to the United States Constitution.

15. The actions of all Defendants continue and exhibit such a pattern of conduct, that the members of the Manning family cannot enter Simpson County, Kentucky without fear that their ability to enjoy peace and freedom in that locality has been significantly impaired, and they fear they will suffer irreparable harm if an emergency restraining order is not entered restraining the Defendants from following them, harassing by telephone or any other means, and interfering with their right to enjoy legal activities in Simpson County, Kentucky.

16. Plaintiffs further demand damages for their violated civil rights, pain and suffering, damage to property, and emotional harm. Plaintiffs ask that the Defendants pay them money damages in the amount of $600,000.00 (SIX HUNDRED THOUSAND DOLLARS).

WHEREFORE PLAINTIFFS PRAY AS FOLLOWS:

1. That this Complaint be filed, summons issued against the Defendants, requiring them to answer under oath.

2. That they be give a trial by jury.

3. That the Defendants be ordered to pay their attorney fees and costs.

4. That the Plaintiffs be granted a Restraining order and temporary and permanent injunctive relief against the Defendants.

5. That the Plaintiffs be granted all other relief to which they are justly entitled.

This the 19th day of April, 2017.

Respectfully submitted,

/S/NANCY E.S. CALLOWAY
Nancy E.S. Calloway
Counsel for Plaintiffs
P.O. Box 457
Elkton, KY 42220
(270) 265-2322
callowaylaw@bellsouth.net